## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| R 3170835 | Letisia Eddy E0991 | DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/24/2006 / 1230 | DE CODE TITLE 11 Sec 840 |

Place of Offense: BLDG 266 Base Exchange Dover AFB

Offense Description: Shoplifting

### DEFENDANT INFORMATION

| Last Name | First Name | MI | Phone |
|---|---|---|---|
| SAYO | Robert | A | |

| Street Address | | | |
|---|---|---|---|
| City: Claymont | State: DE | Zip Code: 19703 | |

| Drivers License No | DL State | Social Security No | Date of Birth | |
|---|---|---|---|---|
| | DE | | 1957 | |

| Adult ☒ Juvenile ☐ | Sex ☒ Male ☐ Female | Hair: Br | Eyes: Br | Height: 6' | Weight: 200 |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →
$ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| US District Court 844 King St Wilmington DE 19801 | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

x Defendant Signature: [signature]

---

**REDACTED**

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 24 November, 20 06 while exercising my duties as a law enforcement officer in the ___ District of Delaware

at approximately 1310 hours the AAFES Store Detective witnessed civ (SAYO Robert) place a black in color Si(l?)ver Casio G-Shock watch into his Jacket Pocket along with the users guide for the watch and exit the Base Exchange. I SSgt Letisia m. Eddy viewed the surveillance video and watched SAYO take the watch off the shelf while around the Store and enter a blind spot. SAYO returned to the shelf and spray cologne a few times. I did not see the watch at this point, however SAYO removed the users guide and placed it into his Jacket Pocket. Detective Burgess Store Detective stopped SAYO after he left the store and SAYO turned over the watch and users guide. SAYO stated he put the watch in his pocket and forgot it was there until he was reminded by Burgess.

The foregoing statement is based upon
x my personal observation ___ my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 11/24/2006  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 12/12/2006 11:54:25

JAN 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE