UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
                                    )   **DAFB VIOLATION #** *R3170835*
     vs.                            )   *(07-19M)*
*ROBERT A. SAYO.*                   )
                                    )
            Defendant.              )
                                    )

## O R D E R

The financial inability of the defendant to retain counsel
having been established by the Court, and the defendant not
having waived the appointment of counsel,

It is on this *31ST* day of *JANUARY* , **2007**,
ORDERED that **Christopher S. Koyste, Esq.**, from the Office of the
Federal Public Defender for the District of Delaware is hereby
appointed to represent said defendant in the cause until further
order of the Court.



_____
**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

JAN 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE